**No. 61298.**—Sam Yeung Co. et al. *v.* United States, protests 264049–K, etc. (New York).

Opinion by OLIVER, C. J. The issue presented herein was decided adversely to plaintiffs' contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8; C. A. D. 627). When the case was called for trial, plaintiffs requested a continuance pending trial of a new test case. The request was denied and an order of dismissal for lack of prosecution was entered. The protests were, therefore, dismissed.

**No. 61299.**—Wm. Rand, Inc., et al. *v.* United States, protests 264585–K, etc. (New York).

Opinion by OLIVER, C. J. The issue presented herein was decided adversely to plaintiffs' contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8, C. A. D. 627). When the case was called for trial, plaintiffs requested a continuance pending trial of a new test case. The request was denied and an order of dismissal for lack of prosecution was entered. The protests were, therefore, dismissed.

**No. 61300.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 267097–K (New York).

Opinion by OLIVER, C. J. The issue presented herein was decided adversely to plaintiff's contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8, C. A. D. 627). When the case was called for trial, plaintiff requested a continuance pending trial of a new test case. The request was denied and an order of dismissal for lack of prosecution was entered. The protest was, therefore, dismissed.

**No. 61301.**—Alltransport, Inc., and North American Foreign Trading Corp. et al. *v.* United States, protests 270186–K (A), etc. (New York).